IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

THE NOCO COMPANY          Case No.: **1:19-cv-02298-JG**
     Plaintiff,          Judge James S. Gwin

vs.

OJ COMMERCE, LLC et al.
     Defendants
_____/

**DEFENDANTS OJ COMMERCE, LLC AND OJCOMMERCE.COM INC NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants OJ COMMERCE, LLC and OJCOMMERCE.COM, INC. (collectively "Defendants"), respectfully submit supplemental authority in support of its motion to dismiss Plaintiff's complaint for lack of personal jurisdiction. The supplemental authority consists of an opinion that was issued yesterday February 20, 2020, dismissing an identical complaint by the same Plaintiff against another defendant, for lack of personal jurisdiction, case titled *Noco Company v. Doe,* No. 1:19-cv-02260 (N.D. Ohio PACER No. 18). Copies of the complaint and the order of dismissal by the Honorable Donald C. Nugent are hereby attached as exhibits.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2020, I caused the foregoing documents to be served on all counsel of record via CM/ECF system.

Respectfully submitted,

> By: /s/ Shlomo Y Hecht
> Admitted pro hac vice
> Florida State Bar No.: 127144
>
> Shlomo Y. Hecht, P.A.
> 3076 N Commerce Parkway
> Miramar, FL 33025
> Phone: 954-861-0025
> Email: sam@hechtlawpa.com
> Attorney for Defendants